IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KENESHA CAUSEY**                                                                    **PLAINTIFF**

v.                              CASE NO. 3:23-CV-00238-BSM

**CHOICE HOTELS
INTERNATIONAL, INC.,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE